UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BELINDA M. YBARRA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | No. CV-12-0037-CI<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings. (ECF No. 20.) Attorney Maureen J. Rosette represents Plaintiff Belinda Ybarra; Special Assistant United States Attorney Jeffrey McClain represents Defendant. The parties have consented to proceed before a magistrate judge. (ECF No. 7.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' stipulated Motion to Remand **(ECF No. 20)** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) shall further develop the record; obtain a complete copy of Dr. Pollack's report; re-evaluate the report in its entirety; and evaluate Dr. Smith's physical capacity assessment.

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

   2.   Judgment shall be entered for the **PLAINTIFF**.

   3.   An application for attorney fees may be filed by separate motion.

   The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

   DATED September 7, 2012.


                     S/ CYNTHIA IMBROGNO
                  UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2